UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE     Docket No.: 16-cv-00818(RRM)(RER)
COMPANY, et al.,

                            Plaintiffs,

    -against-

PARISIEN, M.D., et al.

                            Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Francois Jules Parisien, M.D. a/k/a Jules Francois Parisien, M.D., Charles Deng, L.Ac., Island Life Chiropractic Pain Care, P.L.L.C., Darren Thomas Mollo, D.C., Maria S. Masigla, P.T., Francis J. Lacina, M.D., Ksenia Pavlova, D.O., Allay Medical Services, P.C., Luqman Dabiri, M.D., Noel E. Blackman, M.D., Susan Tuano, and Wilma Tanglao ("Defendants"), that all claims asserted by Plaintiffs against Defendants in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP                                     KAPLAN KRAVET & VOGEL P.C.

By: _____                       By: _____
    Max Gershenoff, Esq.                              Donald Kravet, Esq.
926 RXR Plaza                                         630 Third Avenue, 5th Floor
Uniondale, New York 10007                       New York, New York 10017
*Counsel for Plaintiffs*                               *Counsel for Defendants Allay Medical Services, P.C., Francis J. Lacina, M.D., Maria S. Masigla, P.T., Francois Jules Parisien, M.D., and Ksenia Pavlova, D.O*

ABRAMS FENSTERMAN FENSTERMAN
EISMAN FORNATO FERRARA & EINIGER
LLP

By: /s/ Mark Furman
    Mark Furman, Esq.
630 Third Avenue, 5th Floor
New York, New York 10017
*Counsel for Defendants Luqman Dabiri, M.D.,
Charles Deng, L.Ac., Island Life Chiropractic
Pain Care, PLLC, Darren Thomas Mollo, D.C.*

FISHER & FISHER

By:_____
    Andrew Fisher, Esq.
127 Great Kills Road
Staten Island, New York 10308
*Counsel for Defendant Susan Tuano and Wilma Tanglao*

ABRAMS FENSTERMAN FENSTERMAN EISMAN FORNATO FERRARA & EINIGER LLP

By:_____
    Mark Furman, Esq.
630 Third Avenue, 5th Floor
New York, New York 10017
*Counsel for Defendants Luqman Dabiri, M.D., Charles Deng, L.Ac., Island Life Chiropractic Pain Care, PLLC, Darren Thomas Mollo, D.C.*

FISHER & FISHER

By:_____/s/_____
    Andrew Fisher, Esq.
127 Great Kills Road
Staten Island, New York 10308
*Counsel for Defendant Susan Tuano and Wilma Tanglao*